DAVID L. ANDERSON (CABN 149604)
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St. Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATRICE BASS,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:18-cv-04365-WHO<br><br>JOINT STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from January 18, 2019 to February 28, 2019. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.

Defendant requests this extension due to her counsel's heavy workload. Defendant's counsel is currently responsible for two Social Security appeals before the United States Court of Appeals for the Ninth Circuit, in addition to nine cases that require imminent briefing in the United States District Courts for the Eastern District, Northern District and Southern District of California, and for the District of Nevada, as well as two district court oral arguments.

Defendant's counsel respectfully requests this additional time to expend the necessary time to review the record and to evaluate the six issues Plaintiff raised, and to submit Defendant's response to Plaintiff's motion for review by this Court.

The parties further stipulate that all subsequent deadlines set forth in the Court's Procedural Order for Social Security Review Actions shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: January 17, 2019

*/s/ Beatrice Na for Sasha Ellis\**
(* As authorized via email on January 17, 2019)
SASHA ELLIS

Attorney for Plaintiff

Dated: January 17, 2019

DAVID L. ANDERSON
United States Attorney

By: */s/ Beatrice Na*
BEATRICE NA
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: January 18, 2019

_____
THE HONORABLE WILLIAM H. ORRICK
United States District Judge